NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3050

### JUAN R. CABRERA,

Petitioner,

v.

### UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in SF0752080122-I-1.

## ON MOTION

## O R D E R

Upon consideration of the United States Postal Service's motion for an extension of time, until March 18, 2009, to file its brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 11 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Juan R. Cabrera
Morgan E. Rehrig, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 1 2009

JAN HORBALY
CLERK